UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHIRLEY ROCKWELL,

                Plaintiff,

          -v-                        5:12-CV-792
                                       (DNH/VEB)

CAROLYN W. COLVIN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

OLINSKY LAW GROUP                 HOWARD D. OLINSKY, ESQ.
Attorneys for Plaintiff
300 S. State Street
5th Floor, Suite 520
Syracuse, NY 13202

OFFICE OF GENERAL COUNSEL      SERGEI ADEN, ESQ.
Social Security Administration
Region II
Attorneys for Defendant
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

# DECISION and ORDER

     Plaintiff Shirley Rockwell filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for Supplemental Security Income. By Report-Recommendation dated July 3, 2013, the Honorable Victor E. Bianchini, United States Magistrate Judge, recommended that plaintiff's motion for judgment on the

pleadings be denied, the Commissioner's motion for judgment on the pleadings be granted, and this case be dismissed. Plaintiff filed timely objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Accordingly, it is

ORDERED that

1. The Commissioner's decision is AFFIRMED; and

2. Plaintiff's complaint is DISMISSED in its entirety.

The Clerk is directed to file a judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 1, 2013
       Utica, New York.